# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**RICHARD L MORRIS and**
**KATHLEEN M MORRIS,**

    Plaintiffs,

v.                                          No. 21-1045 GBW/SMV

**DEPOSITORS INSURANCE COMPANY,**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**       November 30, 2021, at 10:30 a.m. MST

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **November 30, 2021, at 10:30 a.m. MST.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                   _____
                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**