IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD MORRIS
and KATHLEEN MORRIS,

       Plaintiffs,                                             Case No. 1:21-cv-1045-GBW/SMV

v.

DEPOSITORS INSURANCE COMPANY,

       Defendant.

### ORDER GRANTING STIPULATED MOTION TO CONTINUE SCHEDULING ORDER

This matter, having come before the Court on the Parties' Stipulated Motion to Continue the Initial Scheduling Order and the Court being fully advised, finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Initial Scheduling Order issued in the above-captioned matter on November 30, 2021 is hereby continued and the February 1, 2022, Initial Scheduling Conference is hereby vacated. The Court will set a status conference after March 1, 2022 to follow up with the parties regarding progress toward resolving this case through informal settlement negotiations.

_____
**HONORABLE STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**

Submitted By,

*/s/ Vanessa E. Garcia*
Jill M. Collins
Vanessa E. Garcia
LEWIS BRISBOIS BISGAARD & SMITH LLP
8801 Horizon Boulevard, NE, Suite 300
Albuquerque, NM 87113
505.828.3600
*Attorneys for Depositors Insurance Company*


*/s/ John Aufiero (approved via email on 12/21/21*
John Aufiero
LOVETT LAW
619 Arizona Avenue
El Paso, Texas 79902
915-757-9999 Ext. 213
*Attorneys for Plaintiffs*