IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD MORRIS and
KATHLEEN MORRIS,

       Plaintiffs,                               No. 21-cv-1045 GBW/SMV

v.

DEPOSITORS INSURANCE COMPANY,

       Defendant.

### ORDER SETTING STATUS CONFERENCE

**Date and time**:    March 2, 2022, at 9:30 a.m. MST

**Matter to be heard**:   Status Conference

A telephonic Status Conference is hereby set for **March 2, 2022, at 9:30 a.m. MST**. Counsel should be prepared to discuss the status of the case. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**