**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**RICHARD MORRIS
and KATHLEEN MORRIS,**

      **Plaintiffs,**                          **Case No. 1:21-cv-1045-GBW/SMV**

**v.**

**DEPOSITORS INSURANCE COMPANY,**

      **Defendant.**

**STIPULATED ORDER EXTENDING DEADLINES TO
SUBMIT JSR AND INITIAL DISCLOSURES**

THE COURT, having before it Defendant's Stipulated Motion to Extend Deadlines for

JSR and Initial Disclosures to April 7, 2022 and April 12, 2022 respectfully, FINDS that the motion

is well taken and should be granted.

IT IS HEREBY ORDERED that the deadline for the parties to submit the JSR to the Court

is extended to April 7, 2022, and the deadline to exchange Initial Disclosures is extended to April

12, 2022.

                                  _____

                                  STEPHAN M. VIDMAR
                                  U.S. MAGISTRATE COURT JUDGE

Submitted by:

LEWIS BRISBOIS, BISGAARD AND SMITH, LLP

 _/s/ Vanessa E. Garcia_
VANESSA E. GARCIA
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113
Phone: 505-828-3600
Vanessa.Garcia@lewisbrisbois.com
*Attorneys for Defendant*

4854-6775-3498.1

Approved by:

*/s/ John Aufiero (approved via email on 03/30/22)*
Robert L. Lovett
John Aufiero, Esq.
LOVETT LAW FIRM
619 Arizona Ave.
El Paso, TX  79902
Ph: 915-757-9999
getlit@lovettlawfirm.com
jaufiero@lovettlawfirm.com